# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| ROBERT BRIAN CLARK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 1:22-cv-00040 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| KILOLO KIJAKAZI, | ) | MAGISTRATE JUDGE HOLMES |
| *Acting Commissioner of Social Security* | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g). (Doc. No. 12). Through the motion, Defendant requests the Court reverse the decision of the Administrative Law Judge and remand this action to the Commissioner pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g), to allow the agency to further consider the prior administrative medical findings. Defendant states that upon remand, Mr. Clark will be offered a new hearing and the opportunity to update the record. Mr. Clark does not oppose the Commissioner's Motion.

Accordingly, Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C § 405(g) (Doc. No. 12) is **GRANTED**. This case is hereby **REMANDED** to the Commissioner for further evaluation under sentence four, 42 U.S.C. § 405(g).

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE